■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BRAUN, Appellant.—Judgment of resentence, Supreme Court, New York County (Carol Berkman, J.), rendered December 21, 1988, convicting defendant of violation of probation and, judgment of the same court and Justice rendered on December 21, 1988, convicting defendant of attempted criminal sale of a controlled substance in the third degree and sentencing defendant to concurrent indeterminate terms of imprisonment of from 2⅓ to 7 years, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that court and by submitting such application to the Clerk of that court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Milonas, Ross, Asch and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEOFILO CARABELLO, Appellant.—Judgment, Supreme Court, Bronx County (Bonnie Wittner, J.), rendered November 15, 1989, convicting defendant of attempted murder in the second degree; four counts of assault in the first degree; two counts of criminal possession of a weapon in the second degree; two